UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DYLAN JAMES DOWNEY, | ) | CASE NO. C08-0396-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 |
| STATE OF WASHINGTON DEPT. | ) | ACTION |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   The complaint and this action are DISMISSED without prejudice;

(3)   This dismissal shall count as a strike under 28 U.S.C. § 1915(g); and

(4)   The Clerk is directed to send a copy of this Order to plaintiff and to Judge Theiler.

DATED this 21st day of April, 2008.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1